■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILFRED RODRIGUEZ, on Behalf of JULIO BORRELL, Petitioner, v MICHAEL JACOBSON, as Commissioner, et al., Respondents. [626 NYS2d 977] —Writ of habeas corpus in the nature of an application for bail reduction upon Queens County Indictment Nos. 3794/94, 4256/94, 4841/94, and 4842/94.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Queens County, was not an improvident exercise of discretion, and did not

violate "constitutional or statutory standards" *(People ex rel. Klein v Kruger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Pizzuto, J. P., Joy, Friedmann and Goldstein, JJ., concur.